UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELREO C. JOHNSON,

                Plaintiff,

    v.

STATE OF WASHINGTON, *et al*.,

                Defendants.

Case No. C14-0352RSL

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING LEAVE TO AMEND

      This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. #11) and the objections thereto (Dkt. #12-15). Plaintiff's objections to the Report and Recommendation are overruled and the claims against the original defendants are hereby DISMISSED for the reasons stated in the Report. Plaintiff has requested leave to amend his complaint to assert claims against King County and its employees. Although it appears likely that prosecutorial immunity will apply to claims asserted against Ms. Bannerman, plaintiff should be given an opportunity to state a claim upon which relief can be granted.

ORDER - 1

1  Plaintiff shall, within fourteen days of the date of this Order, file an Amended Complaint
2  in the above-captioned matter. The Amended Complaint will completely replace the original and
3  should be a self-contained statement of plaintiff's claims. In order to avoid dismissal, plaintiff
4  must allege specific facts giving rise to a plausible inference that each named defendant is liable
5  under the legal claims asserted. The Amended Complaint should clearly and concisely identify
6  the acts of each defendant and how those acts violated plaintiff's legal rights. Failure to timely
7  provide an Amended Complaint that satisfies the above-requirements will result in the dismissal
8  of this case without prejudice and without further proceedings.

10  Dated this 14th day of July, 2014.

12  Robert S. Lasnik
    United States District Judge

ORDER - 2